UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
SEP 2 0 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:04-M-77

UNITED STATES OF AMERICA )
) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
BRANDY N. SWITZER )

Leave of court is granted for the filing of the foregoing dismissal.

9-20-2010
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE